IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:19cr11 |
| ZACHARY RYAN SIZEMORE, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 1/30/2019 |
| Jury Trial Date | 4/1/2019 |
| Final Pretrial Conference (by telephone) | Monday, 3/25/2019 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 2/25/2019 |
|     Other Motions | 3/4/2019 |
| Discovery Cut-off | 3/15/2019 |
| Speedy Trial Deadline | 4/2/2019 |
| Discovery out – Plaintiff to Defendant | by close of business Monday, 2/4/2019 |

January 30, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE