IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. : Case No. 3:19cr11

ZACHARY RYAN SIZEMORE : JUDGE WALTER H. RICE

    Defendant. :

---

SECOND AMENDED PRELIMINARY PRETRIAL ORDER;
NEW TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | from 4/1/2019 on 3/25/2019 |
| Jury Trial Date | 5/6/2019 |
| Final Pretrial Conference (by telephone) | Tuesday, 4/30/2019 at 5:00 pm |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 4/26/2019 |
|   Other Motions | 4/26/2019 |
| Discovery Cut-off | 4/26/2019 |
| Speedy Trial Deadline | waived by Defendants' Motion to Continue 4/1/2019 trial date and acceptance of 5/6/2019 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161 et seq. |

Discovery out – Plaintiff to Defendant            <u>accomplished</u>

April 24, 2019

/s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE